# EXHIBIT A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue May 19 03:20:54 EDT 2015*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 030. US 046. G & S: baked goods; namely, cookies. FIRST USE: 19851100. FIRST USE IN COMMERCE: 19851100 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures<br>02.11.16 - Faces, smiley; Smiley faces<br>04.07.02 - Objects forming a person; Person formed by objects<br>08.01.05 - Cookies; Fortune cookies |
| **Serial Number** | 74305316 |
| **Filing Date** | August 18, 1992 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 14, 1993 |
| **Registration Number** | **1809410** |
| **Registration Date** | December 7, 1993 |
| **Owner** | (REGISTRANT) EAT 'N PARK RESTAURANTS, INC. CORPORATION PENNSYLVANIA 100 Park Manor Drive Pittsburgh PENNSYLVANIA 15205<br><br>(LAST LISTED OWNER) EPR HOLDINGS, INC. CORPORATION DELAWARE 801 WEST STREET 2ND FLOOR WILMINGTON DELAWARE 19801 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Kent E. Baldauf, Jr. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20131214. |

**Renewal**     2ND RENEWAL 20131214

**Live/Dead Indicator**     LIVE

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY