# EXHIBIT B



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue May 19 03:20:54 EDT 2015*

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SMILEY |
| **Goods and Services** | IC 030. US 046. G & S: sugar cookie having raised design of a smiling face sold in restaurants for consumption on or off the premises. FIRST USE: 19870400. FIRST USE IN COMMERCE: 19870400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74729817 |
| **Filing Date** | September 15, 1995 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 5, 1997 |
| **Registration Number** | **2108164** |
| **Registration Date** | October 28, 1997 |
| **Owner** | (REGISTRANT) JAMES S. BROADHURST, SUZANNE W. BROADHURST, BASIL M. COX, EDWARD L. FLAHERTY, GREGOR F. MEYER, ROBERT N. MOORE, DANIEL S. WILSON AND DAVID L. WOHLEBER, ALL U.S. CITIZENS, AS TRUSTEES OF EAT 'N PARK RESTAURANTS BUSINESS TRUST composed of James S. Broadhurst, Suzanne W. Broadhurst, Basil M. Cox, Edward L. Flaherty, Gregor F. Meyer, Robert N. Moore, Daniel S. Wilson and David L. Wohleber, all U.S. citizens BUSINESS TRUST PENNSYLVANIA 100 Park Manor Drive Pittsburgh PENNSYLVANIA 15205<br><br>(LAST LISTED OWNER) EPR HOLDINGS, INC. CORPORATION DELAWARE 801 WEST STREET 2ND FLOOR WILMINGTON DELAWARE 19801 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Kent E. Baldauf, Jr., Reg. No. 36,082 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20071106. |
| **Renewal** | 1ST RENEWAL 20071106 |

| **Live/Dead Indicator** | LIVE |
|---|---|

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Top] [Help]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY