# EXHIBIT C

Trademark Electronic Search System (TESS) http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4808:68aqkw.5.1

United States Patent and Trademark Office
Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue May 19 03:20:54 EDT 2015*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | SMILEY |
| **Goods and Services** | IC 030. US 046. G & S: Pancakes and Cookies. FIRST USE: 19870400. FIRST USE IN COMMERCE: 19870400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75528931 |
| **Filing Date** | July 31, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 31, 2007 |
| **Registration Number** | **3310195** |
| **Registration Date** | October 16, 2007 |
| **Owner** | (REGISTRANT) EPR INVESTMENTS, INC. CORPORATION DELAWARE 801 WEST STREET, 2ND FLOOR WILMINGTON DELAWARE 19801<br><br>(LAST LISTED OWNER) EPR HOLDINGS, INC. CORPORATION DELAWARE 801 WEST STREET 2ND FLOOR WILMINGTON DELAWARE 19801 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Kent E. Baldauf, Jr. |
| **Prior Registrations** | 2108164 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

1 of 2 5/19/2015 3:34 PM