**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EAT'N PARK HOSPITALITY GROUP, INC. and EPR HOLDINGS, INC., | ) ) ) ) | Civil Action No. _____ |
| Plaintiffs, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) ) | |
| CHICAGO AMERICAN SWEETS & SNACKS, INC., | ) ) ) | |
| Defendant. | ) | |

## **ENTRY OF APPEARANCE**

TO:   CLERK OF COURTS

Kindly enter my appearance on behalf of Plaintiffs, Eat'n Park Hospitality Group, Inc. and EPR Holdings, Inc., in the above-captioned matter.

Respectfully submitted,

Dated: May 20, 2015

/s/ Cecilia R. Dickson
Cecilia R. Dickson, P.A. ID No. 89348
cdickson@webblaw.com
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 471-8815
Facsimile: (412) 471-4094

COUNSEL FOR PLAINTIFFS
Eat'n Park Hospitality Group, Inc. and
EPR Holdings, Inc.