IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EAT'N PARK HOSPITALITY ) <br> GROUP, INC. and ) <br> EPR HOLDINGS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHICAGO AMERICAN ) <br> SWEETS & SNACKS, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 2:15-cv-00655-MPK <br><br> JURY TRIAL DEMANDED |

## RULE 7.1 DISCLOSURE STATEMENT

Plaintiffs, Eat'n Park Hospitality Group, Inc. and EPR Holdings, Inc., hereby state, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, that they have no other parent corporations, and that Plaintiffs have not issued shares or debt securities to the public; they are privately held.

Respectfully submitted,

Dated: May 21, 2015

/s/ Kent E. Baldauf, Jr
Kent E. Baldauf, Jr., PA ID No. 70793
Cecilia R. Dickson, P.A. ID No. 89348
Bryan P. Clark, P.A. ID No. 205708

THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 471-8815
Facsimile: (412) 471-4094

COUNSEL FOR PLAINTIFFS
Eat'n Park Hospitality Group, Inc. and
EPR Holdings, Inc.