UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P.O. Box 1805
Pittsburgh, PA 15230
www.pawd.uscourts.gov

**ROBERT V. BARTH, JR.**
CLERK OF COURT
412–208–7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: September 18, 2015

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

RE: **EAT'N PARK HOSPITALITY GROUP, INC. vs. CHICAGO AMERICAN SWEETS &AMP; SNACKS, INC.**
Case Number:   **2:15–CV–00655–MPK**

Dear Commissioner:

   Enclosed is a copy of the order which terminated the above captioned matter in the United States District Court for the Western District of Pennsylvania.

> Sincerely,
>
> ROBERT V. BARTH, JR.
> CLERK OF COURT
>
> By: **/s/ ept2**
> Deputy Clerk

Enclosures